# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership,<br><br>Petitioner,<br><br>vs.<br><br>PHILLIP LIANG ZHANG aka ZHANG PHILLIP LIANG, aka LIANG ZHANG, aka ZHANG LIANG, aka PHILLIP CHANG, aka PHILLIP L CHANG; aka PHILLIP CHENG, an individual,<br><br>Respondent. | Case No. 8:23-cv-2059-MRA-JDE<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Order Granting Petitioner's Motion for Recognition and Enforcement of Foreign Arbitral Award, ECF 45, judgment is hereby entered in favor of Petitioner Zhuhai Dingfu Phase I Industrial Energy Conservation Investment Fund, LP's and against Respondent Phillip L. Zhang in the amount of $4,795,282.92.

Interest will run on the judgment at $1,359.99 per day, for every day after January 27, 2025, until the judgment is fully satisfied.

Date: January 29, 2025

_____
United States District Judge
Mónica Ramírez Almadani