# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership,<br><br>Petitioner,<br><br>v.<br><br>PHILLIP LIANG ZHANG aka ZHANG PHILLIP LIANG, aka LIANG ZHANG, aka ZHANG LIANG, aka PHILLIP CHANG, aka PHILLIP L CHANG; aka PHILLIP CHENG, an individual,<br><br>Respondent. | Case No. 8:23-cv-2059-MRA-JDE<br><br>**AMENDED JUDGMENT** |

## **AMENDED JUDGMENT**

Pursuant to the Court's Order Granting Petitioner's Motion for Recognition and Enforcement of Foreign Arbitral Award, ECF 45, and its Order Granting In Part and Denying in Part Respondent's Motion to Amend Findings and Judgment, ECF XX, the Court hereby amends its judgment, issued on January 29, 2025, ECF 47, in favor of Petitioner Zhuhai Dingfu Phase I Industrial Energy Conservation Investment Fund, LP and against Respondent Phillip L. Zhang.  The Court awards Petitioner $4,798,002.90, which includes post-award, prejudgment interest accrued through January 29, 2025.

Interest will run on the judgment at $550.78 per day, pursuant to 28 U.S.C. § 1961(a), for every day after January 29, 2025, until the judgment is fully satisfied.

Dated: April 25, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE