MATTHEW B. MOCK (SBN 316380)
matthew.mock@afslaw.com
OSCAR A. FIGUEROA (SBN 313238)
oscar.figueroa@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA  90071
Tel: 213.629.7400/Fax: 213.629.7401

JONATHAN JUDGE (*Pro Hac Vice*)
jonathan.judge@afslaw.com
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 1700
Chicago, IL  60606
Tel: 312.258.5500/Fax: 312.629.5600

Attorneys for Petitioner
ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership,<br><br>Petitioner,<br><br>v.<br><br>PHILLIP LIANG ZHANG aka ZHANG PHILLIP LIANG, aka LIANG ZHANG, aka ZHANG LIANG, aka PHILLIP CHANG, aka PHILLIP L CHANG; aka PHILLIP CHENG, an individual,<br><br>Respondent. | Case No. 8:23-cv-02059-MRA-JDE<br><br>**DECLARATION OF OSCAR A. FIGUEROA IN SUPPORT OF PETITIONER'S RENEWED OPPOSED *EX PARTE* APPLICATION FOR ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED**<br><br>Hon. Mónica Ramírez Almadani<br><br>Petition Filed: November 1, 2023<br><br>Discovery Cut-Off: N/A<br>Pre-Trial Conference Date: N/A<br>Trial Date: N/A |

## DECLARATION OF OSCAR A. FIGUEROA

I, Oscar A. Figueroa, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate in the law firm of ArentFox Schiff LLP, counsel of record for Petitioner Zhuhai Dingfu Phase I Industrial Energy Conservation Investment Fund, LP ("Petitioner"). This declaration is made upon my personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto. This declaration is submitted in support of Petitioner's Renewed Opposed *Ex Parte* Application for Order Appointing Temporary Receiver and Order to Show Cause Why a Permanent Receiver Should Not be Appointed (the "Application").

2. Through the bank levy process, Petitioner learned that on January 28, 2025, two weeks after the Court granted the Petition (Dkt. 45), Respondent Phillip L. Zhang closed his individual and joint bank accounts with his wife, Julie Cheng, at Cathay Bank. Petitioner is unaware what Zhang did with the funds withdrawn from these accounts, because Petitioner has not disclosed the accounts where the money was moved. This evasion directly obstructed Petitioner's ability to levy Cathay Bank, while other accounts named after trusts and businesses, but still identified by Cathay Bank as connected to Zhang, lie beyond the scope of this Court's Writ of Execution at these same institutions. Petitioner believes that Zhang is or has engaged in similar practices at the other banks Petitioner has levied.

3. On January 21, 2025, Petitioner served interrogatories and requests for production of documents on Zhang. A true and correct copy of Zhang's interrogatories is attached hereto as **Exhibit 1**. A true and correct copy of Zhang's requests for production of documents is attached hereto as **Exhibit 2**.

4. On February 7, 2025, Zhang's counsel, Leodis Matthews, sent a letter concerning ongoing discovery disputes. A true and correct copy of the February 7th letter is attached hereto as **Exhibit 3**.

5. On February 13, 2025, affidavits were submitted to the Orange County

Clerk-Recorder's Office reflecting a change in trustee of Zhang's Family Trust. A true and correct copy of the affidavits submitted to the Orange County Clerk-Recorder's Office is attached hereto as **Exhibit 4**.

6. On April 14, 2025, Judge Almadani held a hearing on Zhang's Motion to Stay (Dkt. 49) and Motion to Amend (Dkt. 50). A true and correct copy of excerpts from transcript of the April 14th Hearing is attached hereto as **Exhibit 5**.

7. On May 1, 2025, Zhang served responses to Petitioner's special interrogatories and responses to Petitioner's requests for production. A true and correct copy of Zhang's responses to Petitioner's special Interrogatories dated May 1, 2025, is attached hereto as **Exhibit 6**. A true and correct copy of Zhang's responses to Petitioner's requests for production dated May 1, 2025, is attached hereto as **Exhibit 7**.

8. On June 4, 2025, Mr. Matthews sent an email regarding discovery where he asserted that Zhang did not have an interest in accounts belonging to his Family Trust. A true and correct copy of Mr. Matthews' June 4th email is attached hereto as **Exhibit 8**.

9. A true and correct copy of an August 27, 2020 "Loan Agreement" between the Family Trust of Phillip Liang Zhang and Julie Xingzhou Cheng and JCAE Group, Inc. is attached hereto as **Exhibit 9**. This exhibit is being submitted under seal.

10. A true and correct copy of a May 31, 2024 "Loan Agreement" between the Family Trust of Phillip Liang Zhang and Julie Xingzhou Cheng and JCAE Group, Inc. is attached hereto as **Exhibit 10**. This exhibit is being submitted under seal.

11. A true and correct copy of a September 23, 2024 "Loan Agreement" between the Family Trust of Phillip Liang Zhang and Julie Xingzhou Cheng and JCAE Group, Inc. is attached hereto as **Exhibit 11**. This exhibit is being submitted under seal.

12. A true and correct copy of an April 10, 2021 Capital Contribution

Statement is attached hereto as **Exhibit 12**. This exhibit is being submitted under seal.

13. A true and correct copy of Capital Contribution Statements dated October 20, 2024, October 30, 2024, December 2, 2024, December 17, 2024, and January 9, 2025 are attached hereto as **Exhibit 13**. This exhibit is being submitted under seal.

14. A true and correct copy of JCAE Group, Inc.'s Balance Sheet and Profit & Loss Statement is attached hereto as **Exhibit 14**. This exhibit is being submitted under seal.

15. A true and correct copy of Zhang's Bank of America account statement for December 12, 2024 to January 13, 2025 is attached hereto as **Exhibit 15**. This exhibit is being submitted under seal.

16. On June 25, 2025, my colleague, Matthew Mock, received an email from Charles C.H. Wu indicating that his firm represents Julie Cheng. Another email was received by Andrew M. Sussman indicating that he and his firm represent William Cheng and Central Irvine Investment LLC. A true and correct copy of these emails is attached hereto as **Exhibit 16**.

17. A true and correct copy of proposed receiver Theodore Lanes' curriculum vitae is attached hereto as **Exhibit 17**.

18. A true and correct copy of proposed receiver Theodore Lanes' Oath of Receiver is attached hereto as **Exhibit 18**.

19. On June 26, 2025, at 11:32 a.m., my colleague, Matthew Mock, emailed Mr. Matthews to give notice of our intent to file the instant Application and offered a time for a phone call to discuss further. Mr. Matthews' contact information is below:

- Leodis C. Matthews

    Zhong Lun Law Firm

    4322 Wilshire Boulevard, Suite 200

|   |   |
|---|---|
| 1 | Los Angeles, CA 90010 |
| 2 | leodismatthews@zhonglun.com |
| 3 | Phone: 323.930.5690 |

20. Mr. Matthews responded at 12:54 p.m. indicating that Zhang would oppose Petitioner's Application.

21. On the same day, at 11:41 a.m., Mr. Mock also emailed Mr. Charles C.H. Wu, counsel for Julie Cheng, to similarly give notice of our intent to file the Application and offered a time for a phone call to discuss. Mr. Wu's contact information is below:

- Charles C.H. Wu

    Wu & Reddy, APC

    98 Discovery

    Irvine, CA 92618

    cchwu@wclawyers.com

    Phone: 949.251.0111

22. Mr. Wu responded at 12:38 p.m. indicating that Julie Cheng would oppose Petitioner's Application. A call to discuss the issues further was scheduled for 2:30 p.m. Mr. Wu confirmed that Julie Cheng would oppose Petitioner's Application.

23. Similarly, at 11:49 a.m., Mr. Mock also emailed Andrew M. Sussman, counsel for William Cheng, to give notice of our intent to file the Application and offered a time to discuss further. Mr. Sussman's contact information is below:

- Andrew M. Sussman

    WHGC PLC

    1301 Dove St., Suite 1050

    Newport Beach, CA 92660

    andrewsussman@whgclaw.com

    Phone: 866.970.0186

24. Mr. Sussman responded at 12:38 p.m. indicating that William Cheng and Central Irvine Investment LLC likely would not oppose Petitioner's Application.

25. On June 30, 2025, at about 12:50 p.m., I emailed counsel for all parties, including Leodis Matthews, Charles C.H. Wu, and Andrew Sussman to provide *ex parte* notice of this renewed Application. Mr. Matthews' and Mr. Wu's clients will oppose the renewed Application, and Mr. Sussman's clients will not oppose.

26. As explained in Petitioner's accompanying memorandum of points and authorities, good cause exists for the Court to appoint a receiver on an *ex parte* basis due to Zhang's ongoing efforts to conceal assets, willful discovery noncompliance, defiance of the Court's discovery order, fraudulent transfer of assets, and closure of bank accounts to frustrate execution of Petitioner's execution of the Judgment.

27. This is the second request by Petitioner for the appointment of a temporary receiver. On June 27, 2025, Magistrate Judge Early denied **without prejudice** Petitioner's first such Application on the ground that the scope of the temporary receiver's proposed duties went beyond mere discovery and that Central District of California General Order 05-07 therefore precluded him from hearing it without an Order of Reference from the District Court. (Dkt. 120.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2025, at Santa Ana, California.

_____
Oscar A. Figueroa

*Zhuhai Dingfu Phase I Industrial Energy Conservation Investment Fund, LP, v. Phillip Liang Zhang*
8:23-CV-02059-MRA-JDE

# PROOF OF SERVICE

I am a citizen of the United States. My business address is ArentFox Schiff LLP, 555 S. Flower St., 43rd Floor, Los Angeles, California 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**DECLARATION OF OSCAR A. FIGUEROA IN SUPPORT OF PETITIONER'S RENEWED OPPOSED *EX PARTE* APPLICATION FOR ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED**

☒ **(BY E-MAIL)** On this date, I personally transmitted the foregoing document(s) via my electronic service address (katryn.smith@afslaw.com) to the e-mail address(es) of the person(s) on the attached service list.

☐ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ **(BY PERSONAL SERVICE)** On this date, I caused to be delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ **(BY FEDERAL EXPRESS)** I electronically served the foregoing document(s) through Federal Express on the person(s) on the attached service list.

☒ **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Please see attached Service List.*

Executed on June 30, 2025, at West Grove, California.

_____
Katryn F. Smith

|   |   |   |
|---|---|---|
| 1 | | Service List |
| 2 | | |
| 3 | Leodis C. Matthews | Attorneys for Phillip Liang Zhang |
| 4 | Zhong Lun Law Firm<br>4322 Wilshire Boulevard, Suite 200 | leodismatthews@zhonglun.com |
| 5 | Los Angeles, CA 90010 | Phone: 323.930.5690 |
| 6 | | |
| 7 | Charles C.H. Wu, Esq. | Attorneys for Julie Cheng |
|   | Vikram Reddy | cchwu@wclawyers.com |
| 8 | WU & REDDY, APC. | vreddy@wclawyers.com |
| 9 | 98 Discovery<br>Irvine, CA  92618 | Phone:  (949) 251-0111 |

Andrew M. Sussman
WHGC PLC
1301 Dove St., Suite 1050
Newport Beach, CA 92660

Counsel for William Cheng and Central Irvine Investment LLC

andrewsussman@whgclaw.com
JeffreyWang@WHGCLaw.com
SuchenLuo@WHGCLaw.com
eugenelong@whgclaw.com
ElenaRomero@WHGCLaw.com
martyvalenzuela@WHGCLaw.com

Phone: 866.970.0186